Decided December 8, 2003

### STATE OF CONNECTICUT *v.* STANLEY CHANCE

The defendant's petition for certification for appeal from the Appellate Court (AC 24014) is denied.

*Stanley Chance,* pro se, in support of the petition.

Decided December 8, 2003

### GREGORY WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Gregory Williams' petition for certification for appeal from the Appellate Court, 79 Conn. App. 837 (AC 23178), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Gerard P. Eisenman,* senior assistant state's attorney, in opposition.

Decided December 16, 2003

### NYRON DUMAS *v.* COMMISSIONER OF CORRECTION

The petitioner Nyron Dumas' petition for certification for appeal from the Appellate Court, 80 Conn. App. 62 (AC 23264), is denied.

*Michael A. D'Onofrio,* special public defender, in support of the petition.

Decided December 16, 2003